DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JANICE BAKER**,
Appellant,

v.

**MACY'S FLORIDA STORES, LLC**,
Appellee.

No. 4D18-3618

[October 3, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Meenu Sasser, Judge; L.T. Case No. 50-2016-CA-011132-XXXX-MB.

Dave K. Roy of Roy & Associates, P.A., West Palm Beach, for appellant.

Brian L. Harvell and Robert J. Squire of Resnick & Louis, P.C., Miami, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***